192 So. 926

**Clarence WILHITE v. STATE.**

**8 Div. 923.**

Court of Appeals of Alabama.
Nov. 7, 1939.

Russell W. Lynne, of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.